Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: 702.471.7000
Facsimile: 702.471.7070
vigila@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant*
*Specialized Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIAN Z. SHAHBAZ,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, SPECIALIZED LOAN SERVICING, LLC, NISSAN INFINITY LT, EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | CASE NO. 2:15-cv-001855-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR SPECIALIZED LOAN SERVICING, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>*(First Request)* |

Defendant Specialized Loan Servicing, LLC's response to Plaintiff Mian Z. Shahbaz's complaint currently is due October 21, 2015. Plaintiff and Specialized Loan Servicing, LLC stipulate and agree that Specialized Loan Servicing, LLC has up to and including November 6, 2015 to respond to plaintiff's complaint, as the parties discuss possible resolution. This request is made in good faith and not made for purposes of delay.

*[Continued on following page.]*

DMWEST #13102329 v1

Dated: October 15, 2015

| Ballard Spahr LLP | Haines & Krieger, LLP |
|---|---|
| By: /s/Lindsay Demaree<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant*<br>*Specialized Loan Servicing, LLC* | By: /s/ David Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>(702) 880-5554<br>Email: dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff* |

**<u>ORDER</u>**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 27, 2015