E. DANIEL KIDD, ESQ.
Nevada Bar No. 010106
LINDA K. WILLIAMS
Nevada Bar No. 012135
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   dkidd@klnevada.com
          lwilliams@klnevada.com

Attorneys for Defendant, Nissan Infinity LT

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MIAN Z. SHAHBAZ,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; SPECIALIZED LOAN SERVICING, LLC, NISSAN INFINITY LT, EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | CASE NO.: 2:15-CV-01855-APG-PAL |

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT NISSAN INFINITY LT TO RESPOND TO PLAINTIFF'S COMPLAINT**

**(FIRST REQUEST)**

Plaintiff MIAN Z. SHAHBAZ, by and through counsel of record, and Defendant NISSAN INFINITY LT, by and through counsel of record, hereby stipulate and agree as follows:

1. Nissan Infinity LT's response to Plaintiff MIAN Z. SHAHBAZ's Complaint [Doc. 1] was due October 21, 2015.

2. The Parties hereby stipulate and agree that Defendant NISSAN INFINITY LT has an extension of time up to and including **November 20, 2015** to respond to the Complaint, which will allow the parties to discuss resolution before any response is required.

3. This request is made in good faith and not made for purposes of delay.

DATED _____ day of November, 2015.    DATED 10th day of November, 2015.

**HAINES & KRIEGER, LLP**                **KOLESAR & LEATHAM**

By  /s/ David H. Kreiger                 By  [signature]
DAVID H. KRIEGER                         E. DANIEL KIDD, ESQ.
Nevada Bar No. 9086                      Nevada Bar No. 010106
8985 S. Eastern Avenue                   LINDA K. WILLIAMS
Suite, 350                               Nevada Bar No. 012135
Henderson, Nevada 89123                  400 South Rampart Boulevard
                                         Suite 400
*Attorneys for Plaintiff*                Las Vegas, Nevada 89145

*Attorneys for Defendant, Nissan Infinity LT*

**ORDER**

IT IS SO ORDERED:

[signature]
UNITED STATES MAGISTRAGE JUDGE

DATED: November 16, 2015