1
2
3
4                          UNITED STATES DISTRICT COURT

5                              DISTRICT OF NEVADA

6                                   * * *

7   MIAN Z. SHAHBAZ,                        Case No. 2:15-cv-01855-APG-PAL

8                              Plaintiff,              ORDER

9        v.

10  BANK OF AMERICA, N.A., et al.,

                              Defendants.
11

12          Before the court is the Notice of Settlement Between Mian Z. Shahbaz and Bank of

13  America National Association (Dkt. #12), and Notice of Settlement Between Mian Z. Shahbaz

14  and Equifax Information Services, LLC (Dkt. #13).  The parties advise that a settlement has been

15  reached and that stipulations to dismiss should be filed no later than December 23, 2015.

16  Accordingly,

17          **IT IS ORDERED** that Plaintiff and Defendants Bank of America National Association

18  and Equifax Information Services, LLC shall have until **December 23, 2015,** to file stipulations

19  to dismiss, or a joint status reports advising when the stipulations to dismiss will be filed.

20          DATED this 17th day of November, 2015.

21

22                                        _____
                                          PEGGY A. LEEN
23                                        UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28

                                          1