E. DANIEL KIDD, ESQ.
Nevada Bar No. 010106
LINDA K. WILLIAMS
Nevada Bar No. 012135
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   dkidd@klnevada.com
          lwilliams@klnevada.com

Attorneys for Defendant, Nissan Infinity LT

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MIAN Z. SHAHBAZ,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; SPECIALIZED LOAN SERVICING, LLC, NISSAN INFINITY LT, EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | CASE NO.: 2:15-CV-01855-APG-PAL<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT NISSAN INFINITY LT FROM THE ACTION WITH PREJUDICE** |

Plaintiff MIAN Z. SHAHBAZ ("Plaintiff"), by and through its counsel of record, the law firm of Haines & Krieger, LLP, and Defendant NISSAN INFINITY LT ("Nissan"), by and through its counsel of record, the law firm of Kolesar & Leatham (hereinafter Plaintiff and Nissan shall be referred to as "the Parties"), hereby stipulate and agree as follows:

1. On or about November 15, 2015, Plaintiff filed a Motion to Amend Complaint ("Motion"). As part of the Motion, Plaintiff seeks to remove Nissan as a party to the Action.

2. Plaintiff has therefore agreed to dismiss those claims asserted in the Action against Nissan, with prejudice.

//

//

1995900.doc (2680-136)

Page 1 of 2

3. ACCORDINGLY, IT IS HEREBY AGREED AND STIPULATED by and between counsel for the Parties that the Court may enter an Order dismissing those claims asserted in the Action against Nissan, with prejudice, each party agreeing to bear their own fees and costs. Plaintiff's claims against all other Defendants shall be unimpaired by this Stipulation and Order.

DATED 20th day of November, 2015.                      DATED 20th day of November, 2015.

**HAINES & KRIEGER, LLP**                              **KOLESAR & LEATHAM**

/s/ David H. Krieger

By _____                            By _____
DAVID H. KRIEGER                                       E. DANIEL KIDD, ESQ.
Nevada Bar No. 9086                                    Nevada Bar No. 010106
8985 S. Eastern Avenue                                 LINDA K. WILLIAMS
Suite, 350                                             Nevada Bar No. 012135
Henderson, Nevada 89123                                400 South Rampart Boulevard, Suite 400
                                                       Las Vegas, Nevada 89145
*Attorneys for Plaintiff*
                                                       *Attorneys for Defendant, Nissan Infinity LT*

### ORDER

Pursuant to the foregoing Stipulation and good cause appearing therefore:

IT IS HEREBY ORDERED that Nissan is dismissed from the above-entitled action with prejudice, with each party to bear their own costs and fees incurred herein.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 20, 2015

Submitted by:

**KOLESAR & LEATHAM**

By _____
E. DANIEL KIDD, ESQ.
LINDA K. WILLIAMS
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145

*Attorneys for Defendant, Nissan Infinity LT*