David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Mian Z. Shahbaz, | Case No. 2:15-cv-01855-APG-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY** |
| BANK OF AMERICA, NATIONAL ASSOCIATION, SPECIALIZED LOAN SERVICING, LLC, NISSAN INFINITY LT, EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Plaintiff Mian Z. Shahbaz and Equifax Information Services, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

…

Page **1** of **2**

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Equifax Information Services, LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:            December 15, 2015

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Bradley T. Austin, Esq. |
| David H. Krieger, Esq. | Bradley T. Austin, Esq. |
| Nevada Bar No. 9086 | Snell & Wilmer, LLP |
| HAINES & KRIEGER, LLC | |
| 8985 S. Eastern Avenue | *Attorney for Defendant Equifax* |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: December 16, 2015